```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 13, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Local 1180, Communications Workers of
America, AFL-CIO, et al.,

                              Plaintiff(s),

       -against-

City of New York, et al.,

                            Defendant(s).
------------------------------------------------------------X

17 Civ. 3048 (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

Whereas the parties have reached a settlement in principle but request referral to a Magistrate Judge to finalize their settlement, it is hereby ORDERED that:

The above entitled action is referred to the Hon. Ronald L. Ellis United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

__✔__ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____

_____ JURY SELECTION

The initial pretrial conference currently scheduled for June 15, 2017, is CANCELED.

SO ORDERED.

Dated: June 13, 2017
        New York, New York

\* Do not check if already referred for General Pre-Trial.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE