**APPENDIX A**

**Administrative Manager (NM) Level Descriptions**

### Level 1
- Administrative Managers in this level have limited impact on agency operations. They have some latitude for the exercise of independent initiative and judgment decisions that will only affect the areas under their direct supervision. The decisions that are made are of moderate difficulty and/or are those that assist higher level managers or non-managers in their decision-making processes. These decisions do not involve highly sensitive areas and/or do not influence agency-wide policy. There is a close amount of supervision by a higher level manager or non-manager that decreases the likelihood that mistakes will have large consequences.
    - Analysts/coordinators, entry-level supervisors, and Executive Assistants.

### Level 2
- Administrative Managers in this level will include those that have a larger scope of work than the Level 1 Administrative Managers. They may supervise groups performing work of medium complexity that are performing similar functions or one more complex function. They usually have a high amount of decision-making autonomy which is limited to their immediate area. If and when errors are made by employees in these levels there is the potential to have more significant and/or expensive agency impact due to the decreasing amount of direct supervision from a higher level manager.
    - Mid-level supervisors, senior coordinators, Directors in smaller agencies and/or overseeing small unit(s) not performing mission critical work or Deputy to a Director in larger agencies and/or overseeing medium to large size unit(s) who may be performing mission critical work.

### Level 3
- Administrative Managers in this level have the largest amount of scope in work duties and latitude for independent initiative and judgment decisions. They oversee a more complex work group that can have a large number of staff performing work of varying complexity. Their decisions will impact a broader group that may include various units, groups or sites. These employees may work more closely with executive leadership at an agency leading them to have a greater impact on policy. As a result of their broader ability to make decisions and the possibility of relationship with higher levels of management they also carry a larger likelihood that errors could be costly to the agency or the City.
    - Directors in large agencies who oversee large units performing mission critical work, Chiefs, Borough Managers