## GENERAL RELEASE

**KNOW THAT I, _____,** a Class Member in the class action entitled *Local 1180, Communication Workers of America, AFL-CIO, et al., v. City of New York*, *et al.*, filed in the United States District Court for the Southern District of New York, docket number 17 Civ. 3048 (LGS)(SDA), in consideration of the equitable and monetary relief provided to me by the City of New York and/or the New York City Housing Authority, do hereby release and discharge the City of New York, the New York City Department of Administrative Services ("DCAS"), the New York City Housing Authority ("NYCHA") and their successors or assigns, and any and all past and present officials, employees, representatives and agents of the City of New York, DCAS, and/or NYCHA (collectively the "Released Parties") from any and all claims, liabilities and/or causes of action of any kind whatsoever, whether known, or unknown, joint or several, which were or could have been asserted by me in the above-referenced action arising out of the events alleged in the complaint in this action against any of the Released Parties based upon anything that has happened up to now and including the date of the execution of this General Release, including, but not limited to, all claims for attorneys' fees and costs.

I acknowledge and agree that (i) I have carefully read this General Release and that I enter into this General Release voluntarily and with full understanding and knowledge of its consequences; (ii) I have been advised to consult with an attorney prior to signing this General Release; (iii) I have been provided at least a twenty-one (21) day period to review and consider whether to sign this General Release; (iv) I have been advised that I have seven (7) days following execution to revoke it (the "Revocation Period"), that this General Release will not be effective and enforceable until the Revocation Period has expired, that such revocation shall only be effective if an originally executed written notice of revocation is delivered to defendants' counsel on or before 5:00 p.m. on the seventh day after execution of this General Release, and that, if so revoked, this General Release shall be deemed to be void ab initio and have no force or effect; and (v) I have signed this General Release voluntarily,

without duress, coercion or undue influence and with full understanding and knowledge of its consequences.

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

_____
[SIGNATURE]

_____
[PRINT NAME]

STATE OF NEW YORK,            )
COUNTY OF\_\_\_\_ _____,   ) SS.:

On _____, 2019, before me personally came _____ to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he/she executed the same.

Sworn to before me this

\_\_\_\_ day of _____ 2019.

_____
NOTARY PUBLIC