

April 2, 2019

**VIA ECF**
Honorable Magistrate Judge Stewart D. Aaron
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007-1312

    **Re:** **Local 1180, Communications Workers of America, AFL-CIO, et al v. City of New York, et al; Index No. 17-cv-03048 (LGS)(SDA)**

Dear Your Honor:

    In light of Ms. Canfield's Declaration filed today, we respectfully request a conference call with the Court to determine what if any additional steps need to be taken for the Court to consider the preliminary motion to approve class action settlement.

Respectfully Submitted,

    ~//s//~
Yetta G. Kurland

85 BROAD STREET
28TH FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 2532

kurland@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.